IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR136 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| CHESTER MCCONNELL, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Chester McConnell appeared before the court on August 11, 2006, on a Petition for Summons for Offender Under Supervision [3].   The defendant was represented by Assistant Federal Defender David O'Neill and the United States was represented by Assistant U.S. Attorney Christian A. Martinez.  The defendant denies the allegations.

IT IS ORDERED:

1.    The Federal Public is appointed as counsel to represent the above named defendant.

2.    The Federal Public Defender is to have the defendant evaluated and the report submitted to the court.

3.    A detention hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska **at 9:00 a.m., on August 16, 2006.**  Defendant must be present in person.

4.    A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 2:30 p.m., on September 15, 2006.**  Defendant must be present in person.

5.    Defendant is remanded to the custody of the U.S. Marshal.

Dated this 11th day of August, 2006.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge