IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:05CR136 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | ORDER |
| CHESTER MCCONNELL, | ) ) | |
| Defendant. | ) | |

This matter is before the court on defendant's unopposed motion to continue the hearing on petition for an offender under supervision, Filing No. 13.

IT IS ORDERED that defendant's motion is denied and the hearing scheduled for September 12, 2006, at 2:30 p.m. will proceed before the undersigned in Courtroom No. 3, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 12th day of September, 2006.

BY THE COURT:

s/Joseph B. Bataillon
JOSEPH F. BATAILLON
United States District Judge